FAY SHAUL, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Judgment and orders unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ. [131 Misc. 401.]

VELMA ELLIS, Appellant, v. THE STATE OF NEW YORK, Respondent. MADELINE THOMAS, Appellant, v. THE STATE OF NEW YORK, Respondent. CLAYTON W. GOULD, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgments affirmed, with one bill of costs. Van Kirk, P. J., Hinman, Whitmyer and Hasbrouck, JJ., concur; Davis, J., dissents. [130 Misc. 776.]

LEE A. DU BOIS, Appellant, v. CHEMICAL MUTUAL FIRE INSURANCE COMPANY, Respondent. LEE A. DU BOIS, Appellant, v. WYOMING VALLEY FIRE INSURANCE COMPANY, Respondent. LEE A. DU BOIS, Appellant, v. OTSEGO MUTUAL FIRE INSURANCE COMPANY, Respondent.— Judgments and orders unanimously affirmed, with one bill of costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES HICKOK, Appellant.— Order of filiation affirmed. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

KALMAN KARCHMAN, Respondent, v. FANNIE KARCHMAN, Otherwise Known as FANNIE KATZMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the judgment was recovered on default in an action brought to recover a sum of money only; no warrant of attachment was " granted in the action " and no service of the summons was made on defendant except by publication. (Civ. Prac. Act, § 232; Dimmerling v. Andrews, 236 N. Y. 43, 46.) Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur. [131 Misc. 462.]

TOWN OF POTSDAM, Respondent, v. ÆTNA CASUALTY AND SURETY COMPANY, Appellant, and Others.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MECHANICS AND FARMERS' BANK OF ALBANY, as Executor, etc., of LAURA CROCKER HUGHES, Deceased.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Application of WILLIAM H. RYAN, Appellant, for an Order of Mandamus against JESSE B. VARS and Others, Constituting the Rensselaer County Board of Supervisors, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

A. PAGE SMITH, Respondent, v. FRANK MATHUSA (Also Known as FRANK Z. MATHUSA) and Others, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

CHAMBER OF COMMERCE OF OGDENSBURG, NEW YORK, Respondent, v. GEORGE G. RAMSEY, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.